IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 25- |
| JOSE GUILLERMO VERAS-REGALADO | : | |

## ORDER FOR BENCH WARRANT

AND NOW, this 5th day of March, 2025, on motion of Nelson S.T. Thayer, Jr., Acting United States Attorney for the Eastern District of Pennsylvania, it is ORDERED that a bench warrant be issued for the arrest of the defendant in the above-captioned case.

BY THE COURT:

*Lynne A. Sitarski*
HONORABLE LYNNE. SITARSKI
United States Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 25- |
| JOSE GUILLERMO VERAS-REGALADO | : | |

## MOTION FOR BENCH WARRANT

AND NOW, this 5th day of March, 2025, Nelson S.T. Thayer, Jr., Acting United States Attorney for the Eastern District of Pennsylvania, Christopher E. Parisi, Assistant United States Attorney move the Court for the allowance of a bench warrant in the above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or any other United States Marshal or officer authorized to execute same.

Respectfully submitted,

NELSON S.T. THAYER, JR.
Acting United States Attorney

*/s/ Christopher E. Parisi*
Christopher E. Parisi
Assistant United States Attorney